**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ONEBEACON AMERICA | * | |
| INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:08CV04225 SWW |
| | * | |
| STRUCTURAL SYSTEMS | * | |
| TECHNOLOGY, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

## ORDER

Stephen M. Halbeisen and Anne L. Cook, attorneys from Texas, seek to appear before the Court, *pro hac vice*, as additional counsel for Plaintiff. For good cause shown, the motion [docket entry #4] is GRANTED. Stephen M. Halbeisen and Anne L. Cook are hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED THIS 16TH DAY OF JANUARY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE